# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0117. IN THE INTEREST OF O. M.**

Petitioner's request for an extension of time to file discretionary application is hereby GRANTED. Petitioner's discretionary application shall be filed on or before January 23, 2026.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 12/23/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*